| | AUSA: Thomas Franzinger | Telephone: (313) 226-9774 |
| --- | --- | --- |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Jeffrey Sokolowski | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America

v.

Dwight Deallen MONK

Case No.: 26-mj-30479

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 2026 to July 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 U.S.C. § 841 | Possession with intent to distribute and distribution of a controlled substance |
| 21 U.S.C. § 846 | Conspiracy |
| 21 U.S.C. § 856 | Maintaining a drug-involved premises |

This criminal complaint is based on these facts:

See affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Jeffrey Sokolowski
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _____ August 13, 2026 _____

_____
*Judge's signature*

City and state: Detroit, MI

Elizabeth A. Stafford, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Jeffrey Sokolowski, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since March of 2009.  I am currently assigned to the FBI Detroit Division Crime Task Force ("VCTF").  As an FBI Special Agent, I have conducted or assisted in numerous investigations of federal and state violations, including firearms violations, assaults, homicides, robberies, and narcotics trafficking. I have experience in the investigation, apprehension, and prosecution of individuals involved in federal criminal violations. Additionally, I have investigated numerous cases of suspected drug houses.

2.      The statements contained in this Affidavit are based on my experience and background as an FBI Special Agent and on information provided by police officers, other agents of the FBI, and other law enforcement personnel, as well as communications with others who have personal knowledge of the events and circumstances described herein.

3.      The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all the information known to law enforcement related to this investigation.

4.      I am currently investigating Dwight Deallen MONK, date of birth xx/xx/1972, for violations of federal law, including Title 21 U.S.C. § 841 (possession with intent to distribute and distribution of a controlled substance) and § 846 (conspiracy to do the same), and 21 U.S.C. § 856 (maintaining a drug-involved premises) by Dwight Deallen MONK. MONK has prior convictions for Carrying a Concealed Weapon (2024); Homicide - Murder - Second Degree and Felony Firearm (2004); Del/Mfg (Cocaine, Heroin, or Another Narcotic) Less Than 50 Grams (1993); and Carrying a Concealed Weapon (1990).

## PROBABLE CAUSE

5.      In March 2026, an FBI confidential human source (CHS) provided information about a suspected drug trafficker, Dwight MONK. Agents were able to corroborate the information provided by the CHS, such as the vehicles that MONK drove, the locations where he sold controlled substances, and the locations of his two suspected stash houses. FBI has also worked with the CHS for several years, who has proven to be reliable.

6.      Agents followed MONK in early April 2026 and observed him meet briefly with several individuals in his car at gas stations and party stores. Between April and July 2026, the CHS made three controlled buys of fentanyl and crack cocaine from MONK. In each instance, the CHS made monitored phone calls with MONK to arrange for the purchases. Agents verified that the CHS was not

carrying any other controlled substances. They provided the CHS with purchase funds and then observed the CHS meet with MONK. FBI equipped the CHS with audio and video recording devices, on which MONK discussed drug transactions. The Michigan State Police forensic laboratory confirmed that the substances sold by MONK at the first two controlled purchases were fentanyl and crack cocaine, respectively. The drugs from the third controlled purchase, based on my training and experience, are consistent with the appearance, characteristics, and packaging of fentanyl and crack cocaine.

7.     Starting in early May 2026, agents used a polecam and physical surveillance to capture activity at two stash locations used by MONK on Richton Street, Highland Park, Michigan, which are a few doors away from each other. From May 2026 to the present, agents have observed a consistent, steady flow of "short stays," in which drug traffickers meet with customers to make a quick drug transaction, at these two locations, sometimes more than a dozen a day. Customers arrived in cars, on bikes, and on foot, often staying for less than a minute or two. Agents saw MONK on the street at the two stash locations throughout the investigation, often meeting customers in or near his vehicle. Known associates of MONK appeared to maintain and operate the stash houses, while MONK handled the street sales. Agents have also seen individuals near the methadone clinic repeatedly get into MONK's registered vehicle for short stays. A tracking device

on MONK's registered vehicle since May 6, 2026, and corroborated by occasional physical surveillance, showed that MONK has driven from his home to the two stash locations and the methadone clinic nearly every day.

## CONCLUSION

8. Based on the above information, probable cause exists to believe that Dwight MONK has committed violations of 21 U.S.C. § 841 (possession with intent to distribute and distribution of a controlled substance) and § 846 (conspiracy to do the same), and 21 U.S.C. § 856 (maintaining a drug-involved premises).

Respectfully submitted,

Jeffrey Sokolowski, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
presence and/or by reliable electronic means

Hon. Elizabeth A. Stafford
United States Magistrate Judge